IQBAL SINGH, Appellant, v CITY OF NEW YORK DIVISION OF HOUS-
ING PRESERVATION AND DEVELOPMENT, Respondent.

Decided May 4, 2010

On the Court's own motion, appeal dismissed, without
costs, upon the ground that no appeal lies as of right from
the unanimous order of the Appellate Division absent the

direct involvement of a substantial constitutional question (CPLR 5601). Motion for leave to appeal denied.